MILTON SOMMERS *v.* ATTORNEY GENERAL
OF MARYLAND

[No. 95, September Term, 1981.]

*Dismissed: December 11, 1981.*

Submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Joint motion to dismiss granted and appeal dismissed.